UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Robert G. Close Jr.,

        Petitioner.

Civil Case No. 22-mc-51562

Honorable Terrence G. Berg

_____

**STIPULATED ORDER OF DISMISSAL**

Plaintiff, by and through its undersigned attorneys, together with Petitioner Robert G. Close Jr., pro se, stipulate and agree to the following:

- Petitioner has received evidence related to ownership of the firearm, and no longer wishes to litigate his petition (ECF 1).

- Both parties agree that the Court may DISMISS the Petition (ECF 1) and CLOSE this miscellaneous case.

Dawn N. Ison
United States Attorney

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: September 20, 2023

S/Robert G. Close Jr. (with permission)
Robert G. Close Jr.
26245 Fordson Hwy
Redford, MI 48239
313-516-3801
closelonestar@yahoo.com

Dated: September 20, 2023

******************************

**IT IS SO ORDERED.**

Dated: September 21, 2023

/s/Terrence G. Berg_____
Honorable Terrence G. Berg
United States District Court Judge